IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**BENJAMIN ROBERT GALLEGOS,**

Plaintiff,

v.

**SAHOTA, et al. ,**

Defendants.

Case No. 2:24-cv-02776 TLN CSK

**ORDER**

The Attorney General's Office is specially appearing on behalf of Defendants Sahota and Bobbala in this matter to request an extension of time to execute a service waiver.  Good cause appearing, this request for a thirty-day extension of time to execute a service waiver for Defendant Sahota and Defendant Bobbala (ECF No. 32) is GRANTED.  Defendant Sahota and Defendant Bobbala shall have thirty days from the date of this order to execute a waiver of service.

Dated:  May 20, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Gall2776.eot/2

1

[Proposed] Order (2:24-cv-02776 TLN CSK)