UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GALLEGOS,<br><br>       Plaintiff,<br><br>    v.<br><br>SAHOTA, et al.,<br><br>       Defendants. | No.  2:24-cv-02776-TLN-CSK<br><br>**ORDER** |

Plaintiff Benjamin Gallegos ("Plaintiff"), a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 8, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 26.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 26) are ADOPTED IN FULL; and

2. The following claims raised in the First Amended Complaint are DISMISSED without

1

leave to amend: (1) the due process, equal protection, and access to the courts claims raised in Claim Two; (2) the Eighth Amendment claims raised in Claim Two against Defendants Brown and Leahy based on their alleged failure to timely process Plaintiff's health care grievance as a non-emergency grievance; and (3) the Eighth Amendment claims raised in Claim Two against Defendants Sahota and Babbala based on their participation in the grievance process.

    IT IS SO ORDERED.

Date: May 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2