UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS,<br><br>Plaintiff,<br><br>v.<br><br>SAHOTA, et al.,<br><br>Defendants. | No.  2:24-cv-2776 TLN CSK P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  For the following reasons, defendants' motion for a thirty-day extension of time to file a responsive pleading (ECF No. 38) is denied as unnecessary.

On April 8, 2025, this Court ordered service of the first amended complaint on defendants Sahota, Babbala, Leahy, Brown, Hling and Anderson.  (ECF No. 27.)  On May 19, 2025, defendants Leahy, Brown, Hling and Anderson filed a waiver of service.  (ECF No. 33.)  On June 16, 2025, defendants Sahota and Babbala filed a waiver of service.  (ECF No. 37.)  On June 16, 2025, defendants filed the pending motion for a thirty-day extension of time to file a responsive pleading.  (ECF No. 38.)

By separate order, this Court refers this action to the Post-Screening ADR Project and stays this action for 120 days.  For this reason, defendants' motion for a thirty-day extension of time to file a responsive pleading is denied as unnecessary.

1

1   Accordingly, IT IS HEREBY ORDERED that defendants' motion for a thirty-day
2  extension of time to file a responsive pleading (ECF No. 38) is denied as unnecessary.

5  Dated: June 17, 2025

*[signature]*
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

9  Gall2776.den(2)/2