IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN ROBERT GALLEGOS,** | Case No. 2:24-cv-02776-TLN-CSK |
| Plaintiff, | **ORDER** |
| v. | |
| **SAHOTA, et al.,** | |
| Defendants. | |

On December 16, 2025, defendants moved to modify the discovery and scheduling order. (ECF No. 53.) The discovery deadline is December 19, 2025 and the pretrial motion deadline is March 13, 2026. (ECF No. 47.) In the pending motion, defendants request a 60-day extension of the discovery deadline in order to conduct plaintiff's deposition and to file any motions to compel related to that deposition. (ECF No. 53.) Defendants also request a 60-day extension of the pretrial motion deadline. (Id.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the discovery and scheduling order (ECF No. 53) is granted;

2. The discovery deadline is extended to February 17, 2026 for the sole purpose of defendants conducting plaintiff's deposition and to file any motions to compel related to that deposition; and

3. The pretrial motion deadline is extended to May 12, 2026.

Dated:  December 19, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Gall2776.mod/2