UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAHOTA, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-02776-TLN-CSK<br><br>**ORDER** |

Plaintiff Benjamin Robert Gallegos ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. On September 22, 2025, the findings and recommendations were re-served on plaintiff. Neither party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations (ECF No. 46) are adopted in full; and

1

2. Plaintiff's motion for a preliminary injunction (ECF No. 42) is denied.

IT IS SO ORDERED.

Date: December 29, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE