IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN ROBERT GALLEGOS,** | Case No. 2:24-cv-02776-TLN-CSK (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **SAHOTA, et al.,** | |
| Defendants. | |

On January 20, 2026, Defendants Leahy, Brown, Anderson, Hlaing, Sahota, and Bobbala moved to extend their deadline to oppose Plaintiff's motion to compel by seven days up to, and including, January 27, 2026. Good cause appearing, Defendants' motion (ECF No. 62) is GRANTED.

It is hereby ORDERED that Defendants shall have until January 27, 2026 to file an opposition to Plaintiff's motion to compel.

Dated: January 22, 2026

_____

CHI SOO KIM

UNITED STATES MAGISTRATE JUDGE

Gall2776.eot(d)/2