UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ROBERT GALLEGOS,

Plaintiff,

v.

SAHOTA, et al.,

Defendants.

No. 2:24-cv-2776-TLN-CSK

**ORDER**

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction. (ECF No. 59.)  Plaintiff, a state prisoner proceeding pro se, filed the underlying civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 16, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 60.)  Plaintiff filed a Motion for Injunctive Relief that the Court construes as Plaintiff's objections to the findings and recommendations based on the arguments made in the filing.  (ECF No. 68.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The Court construes Plaintiff's Motion for Injunctive Relief (ECF No. 68) to be Plaintiff's objections to the findings and recommendations;

2. The findings and recommendations (ECF No. 60) are ADOPTED in full;

2. Plaintiff's Motion for Preliminary Injunction (ECF No. 59) is DENIED.

IT IS SO ORDERED.

Date: May 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE