IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN ROBERT GALLEGOS,** | Case No. 2:24-cv-02776-TLN-CSK (PC) |
| Plaintiff, | **ORDER GRANTING MOTION REQUESTING LEAVE TO FILE AN OVERSIZED BRIEF** |
| **v.** | |
| **SAHOTA, et al.,** | |
| Defendants. | |

The Court, having read and considered Defendants Leahy, Brown, Anderson, Hlaing, Bobbala, and Sahota's Motion Requesting Leave to File an Oversized Brief, and finding good cause therein, hereby grant Defendants' request.

Accordingly, **IT IS HEREBY ORDERED** that defendants' motion requesting leave to file an oversized brief (ECF No. 85) is granted.

Dated:  July 8, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Gall2776.ob/2

1

Order (2:24-cv-02776-TLN-CSK (PC)