UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS,<br>Plaintiff,<br>v.<br>SAHOTA, et al.,<br>Defendants. | No. 2:24-cv-2776 TLN CSK P<br><br><u>ORDER</u> |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are plaintiff's motions for extension of time to file an opposition to defendants' summary judgment motion and to file an oversized brief. (ECF Nos. 88, 90.)

For the following reasons, plaintiff's motion for extension of time is denied as unnecessary. Defendants filed their summary judgment motion on July 6, 2026. (ECF No. 84.) Pursuant to the mailbox rule, plaintiff filed his opposition on July 27, 2026. (ECF No. 91 at 35.) Plaintiff's opposition is timely. <u>See</u> Local Rule 230(l). For this reason, plaintiff's motion for extension of time to file the opposition is denied as unnecessary.

This Court's Civil Standing Order I.B provides that motions and oppositions are limited to twenty pages. Plaintiff's opposition to defendants' summary judgment motion, not including exhibits, is thirty-five pages. (ECF No. 91 at 1-35.) Good cause appearing, plaintiff's motion to

file an oversized brief is granted.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file his opposition to defendants' summary judgment motion (ECF No. 88) is denied as unnecessary.

2. Plaintiff's motion to file an oversized brief (ECF No. 90) is granted.

Dated: September 2, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Gall2776.ord(7)/2

[1] On July 9, 2026, this Court granted defendants' motion to file an oversized brief. (ECF No. 87.)